**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Petoskey Ear, Nose & Throat Specialists, P.L.L.C.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  PENTS**<br>**FDBA  Petoskey ENT** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **32-0155717** | |

4.    Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **560 West Mitchell Street**<br>**Suite 250**<br>**Petoskey, MI 49770** | **P.O. Box 473**<br>**Petoskey, MI 49770** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Emmet** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.petoskeyent.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Petoskey Ear, Nose & Throat Specialists, P.L.L.C.**  Case number (*if known*) _____
　　　　 Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　　**6211**

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. |

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Petoskey Ear, Nose & Throat Specialists, P.L.L.C.**                         Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Petoskey Ear, Nose & Throat Specialists, P.L.L.C.**          Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Petoskey Ear, Nose & Throat Specialists, P.L.L.C.**                          Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  4, 2024**
               MM / DD / YYYY

**X** **/s/ Gregory P. Somers**                              **Gregory P. Somers**
Signature of authorized representative of debtor            Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Jason W. Bank**                          Date    **June  4, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Jason W. Bank P54447**
Printed name

**Kerr, Russell and Weber, PLC**
Firm name

**500 Woodward Avenue, Suite 2500**
**Detroit, MI 48226-3427**
Number, Street, City, State & ZIP Code

Contact phone    **313-961-0200**        Email address    **jbank@kerr-russell.com**

**P54447 MI**
Bar number and State

```
ACCLARENT
16888 COLLECTION CENTER DRIVE
CHICAGO IL 60693


ACCLARENT
16888 COLLECTION CENTER DRIVE
CHICAGO IL 60693


ALLEN R. TELGENHOF
MOLOSKY & CO.
2001 HARBOR-PETOSKEY ROAD
PETOSKEY MI 49770


BRINSONANDERSON CONSULTING INC
PO BOX 418
COMMERCE GA 30529


BRINSONANDERSON CONSULTING INC
PO BOX 418
COMMERCE GA 30529


CHARTER COMMUNICATIONS
ACCESS RECEIVABLES MANAGEMENT
PO BOX 1377
COCKEYSVILLE MD 21030


COMMON ANGLE
616 PETOSKEY STREET
SUITE 300
PETOSKEY MI 49770


CT CORP AS REP FOR HYDRAFACIAL
ATTN: SPRS
330 N. BRAND BLVD.
SUITE 700
GLENDALE CA 91203


FIFTH THIRD BANK
300 EAST MITCHELL STREET
PETOSKEY MI 49770


FOCUS SOLUTIONS
171 FOX SHORES DRIVE
DE PERE WI 54115
```

GN RESOUND
8001 E BLOOMINGTON FREEWAY
MINNEAPOLIS MN 55420


GREENWAY HEALTH
4301 BOYSCOUT BLVD
SUITE 800
TAMPA FL 33607


HARBOR HOUSE PUBLISHERS
221 WATER ST
BOYNE CITY MI 49712


HEALTH LAW PARTNERS
32000 NORTHWESTERN HWY
#240
FARMINGTON MI 48334


KEVIN GIETZEN
1114 CHARLEVOIX AVE.
PETOSKEY MI 49770


KLEPADLO WINNELL NUORALA, PC
2301 MITCHELL PARK DRIVE
PETOSKEY MI 49770


MICROSONIC
2960 DUSS AVENUE
AMBRIDGE PA 15003


MITCHELL GRAPHICS
2363 MITCHELL PARK DRIVE
PETOSKEY MI 49770


MODERNIZING MEDICINE, INC.
PO BOX 737463
DALLAS TX 75373


PHONAK
C/O SONOVA USA INC
35555 EAGLE WAY
CHICAGO IL 60678

```
PHYSICIANS REALTY TRUST
(NOW KNOWN AS HEALTH PEAK)
309 NORTH WATER STREET
SUITE 500
MILWAUKEE WI 53202


PROVIDE, INC.
268 BUSH STREET
SAN FRANCISCO CA 94104


STARKEY
6700 WASHINGTON AVENUE S
EDEN PRAIRIE MN 55344


TELNET
PO BOX 430
DEARBORN MI 48121


WS AUDIOLOGY USA, INC
PO BOX 200141
DALLAS TX 75320
```

# United States Bankruptcy Court
## Western District of Michigan

In re   **Petoskey Ear, Nose & Throat Specialists, P.L.L.C.**                                    Case No. _____
                                                                Debtor(s)                        Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Petoskey Ear, Nose & Throat Specialists, P.L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  4, 2024**
Date

/s/ Jason W. Bank
**Jason W. Bank P54447**
Signature of Attorney or Litigant
Counsel for   **Petoskey Ear, Nose & Throat Specialists, P.L.L.C.**
**Kerr, Russell and Weber, PLC**
**500 Woodward Avenue, Suite 2500**
**Detroit, MI 48226-3427**
**313-961-0200 Fax:313-961-0388**
**jbank@kerr-russell.com**